**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**MISSISSIPPI, OXFORD DIVISION**

**CLAUDIA LINARES as spouse of ISMAEL LOPEZ,**
**Deceased, and Edward T. Autry as Administrator of**
**the Estate of Ismael Lopez, Deceased**                                        **PLAINTIFFS**

**vs..**                                                                **NO. 3:19cv133-NBB-RP**

**CITY OF SOUTHAVEN, STEVE PIRTLE, in his official capacity**
**as Chief of Police of the Southaven Police Department, OFFICER**
**SAMUEL MAZE, Individually and in his official capacity as a Southaven**
**Police Officer,OFFICER ZACHARY DURDEN, Individually and in his**
**official capacity as a Southaven Police Officer, and JOHN DOES 1-25**          **DEFENDANTS**

---

**DEFENDANT ZACHARY DURDEN'S MOTION TO DISMISS BASED ON**
**STANDING AND/OR ABSENCE OF JURISDICTION, AND/OR, IN THE**
**ALTERNATIVE, DISMISSAL BASED ON SOVEREIGN IMMUNITY**

---

    1.  Defendant Durden asserts with documentary support that Plaintiff Linares was not

legally married to Ismael Lopez, that Plaintiff Linares has no standing to sue, no standing exists

for the claims related to Ismael Lopez, that Plaintiff Autry was not properly appointed as

Administrator, and/or that Administrator Autry was appointed Administrator by virtue of

apparent conflicting sworn affidavits and/or material misrepresentations and/or contrary to the

requirements of law thereby voiding his appointment ab initio and moves  for dismissal for these

reasons and other reasons articulated in the supporting brief. Neither Plaintiff has standing. All

state law claims are barred by sovereign immunity as applied by and retained by the Mississippi

Tort Claims Act. The persons claimed as legally related to Ismael Lopez in the estate proceeding

seemingly were not related by law including under the laws of the State of Mississippi or any other applicable laws. No civil rights under the Fourth or Fourteenth Amendments of the United States Constitution are implicated by the Complaint.

2. In support of this Motion, Defendant Zachary Durden relies on the following exhibits attached hereto as well as public records, and governmental websites such as those associated with immigration matters:

Exhibit 1 record showing criminal history of Ismael Lopez;

Exhibit 2    Certified copy of the entire court file from DeSoto County Chancery Court cause # 18-cv-505 which is the estate court matter in which Plaintiff Autry claims appointment as Administrator;

Exhibit 3    Record from the municipal court of Horn Lake, Mississippi on the arrest of Ismael Rodriguez Lopez in 2013;

Exhibit 4    Record that Ismael Lopez Rodriguz father was Joel Lopez and his mother was Concepcion Rodriguez;

Exhibit 5    Record of Rodolfo Linares vital statistic that matches his birth certificate.

3. The memorandum brief in support of this Motion to Dismiss for lack of jurisdiction and/or for other reasons reflects that this Defendant is entitled to dismissal in whole or in part of the claims asserted din the Complaint against him.

Respectfully submitted, this the 14th day of August, 2019.

 /s/ *Katherine S. Kerby*
Katherine S. Kerby, MSB # 3584
Attorney for Zachary Durden, Defendant

Of Counsel:
Kerby Law Firm
Post Office Box 551
Columbus, MS 39703
email: ksearcyk@bellsouth.net
fax: 662-328-9553
phone: 662-889-3733

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF

system which sent notification of such filing to all Counsel of record including the following:

Michael Carr, Esq.

Murray B. Wells, Esq.

Aaron A. Neglia, Esq.

SO CERTIFIED, this the 14th day of August, 2019

 s/ *Katherine S. Kerby*
KATHERINE S. KERBY