IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, OXFORD DIVISION

CLAUDIA LINARES as spouse of ISMAEL LOPEZ,
Deceased, and Edward T. Autry as Administrator of
the Estate of Ismael Lopez, Deceased                            PLAINTIFFS

vs.                                                                                                     NO. 3:19cv133-NBB-RP

CITY OF SOUTHAVEN, STEVE PIRTLE, in his official capacity
as Chief of Police of the Southaven Police Department, OFFICER
SAMUEL MAZE, Individually and in his official capacity as a Southaven
Police Officer, OFFICER ZACHARY DURDEN, Individually and in his
official capacity as a Southaven Police Officer, and JOHN DOES 1-25        DEFENDANTS

**MOTION TO DISMISS OF DEFENDANT CITY OF SOUTHAVEN BASED ON ABSENT STANDING AND/OR ABSENCE OF JURISDICTION, AND/OR, IN THE ALTERNATIVE, DISMISSAL BASED ON SOVEREIGN IMMUNITY**

1. Defendant City of Southaven, Mississippi asserts with documentary support that Plaintiff Linares is not credible in the assertion that she was legally married to Ismael Lopez and/or that Plaintiff Linares has no standing to sue, that no standing exists for the claims related to Ismael Lopez, that Plaintiff Autry was not properly appointed as Administrator, and/or that Administrator Autry was appointed Administrator by virtue of apparent conflicting affidavits and/or material misrepresentations and/or contrary to the requirements of law thereby voiding his appointment ab initio and moves for dismissal for these reasons and other reasons articulated in the supporting brief. Neither Plaintiff has standing. All state law claims are barred by sovereign

immunity as applied by and retained by the Mississippi Tort Claims Act. The persons claimed as legally related to Ismael Lopez in the estate proceeding seemingly were not related by law including under the laws of the State of Mississippi or any other applicable laws. No civil rights under the Fourth or Fourteenth Amendments of the United States Constitution are implicated by the Complaint.

    2. In support of this Motion, Defendant City of Southaven relies on the record as a whole including the exhibits filed by Defendant Durden at docket #5 and on the exhibits attached hereto as well as public records and governmental websites such as those associated with immigration matters. The attached exhibits include:

| | |
|---|---|
| Exhibit 1 | Records with supporting affidavit of custodian of records from the Mississippi Bureau of Investigations Report on the subject events in the Complaint; |
| Exhibit 2 | Certified copy of the entire court file from DeSoto County Chancery Court cause # 18-cv-505 which is the estate court matter in which Plaintiff Autry claims appointment as Administrator; |
| Exhibit 3 | Records with supporting affidavit of custodian of records from the Municipal Court of the City of Horn Lake, Mississippi including the arrest of Ismael Rodriguez Lopez in 2013 resulting in deportation; |
| Exhibit 4 | Record that the name of the father of Ismael Lopez Rodriguz is Joel Lopez and the name of his mother is Concepcion Rodriguez; |
| Exhibit 5 | Records with supporting affidavit of custodian of records of the City of Southaven, Mississippi on Rodolfo Linares vital statistics that match his birth certificate. |

3. The memorandum brief in support of this Motion to Dismiss for lack of jurisdiction and/or for other reasons reflects that this Defendant is entitled to dismissal in whole or in part of the claims asserted in the Complaint against the City of Southaven, Mississippi.

Respectfully submitted, this the 4th day of September, 2019.

/s/ *Katherine S. Kerby*
Katherine S. Kerby, MSB # 3584
Attorney for the City of Southaven, Mississippi,
Defendant

Of Counsel:
Kerby Law Firm
Post Office Box 551
Columbus, MS 39703
email: ksearcyk@bellsouth.net
fax: 662-328-9553
phone: 662-889-3733

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all Counsel of record including the following:

Michael Carr, Esq.

Murray B. Wells, Esq.

Aaron A. Neglia, Esq.

SO CERTIFIED, this the 4th day of September, 2019

s/ *Katherine S. Kerby*
KATHERINE S. KERBY