**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**MISSISSIPPI, OXFORD DIVISION**

**CLAUDIA LINARES as spouse of ISMAEL LOPEZ,**
**Deceased, and Edward T. Autry as Administrator of**
**the Estate of Ismael Lopez, Deceased**                              **PLAINTIFFS**

**vs.**                                                              **NO. 3:19cv133-NBB-RP**

**CITY OF SOUTHAVEN, STEVE PIRTLE, in his official capacity**
**as Chief of Police of the Southaven Police Department, OFFICER**
**SAMUEL MAZE, Individually and in his official capacity as a Southaven**
**Police Officer,OFFICER ZACHARY DURDEN, Individually and in his**
**official capacity as a Southaven Police Officer, and JOHN DOES 1-25**      **DEFENDANTS**

---

**DEFENDANT ZACHARY DURDEN'S AMENDED MOTION TO DISMISS**
**BASED ON STANDING AND/OR ABSENCE OF JURISDICTION, AND/OR, IN THE**
**ALTERNATIVE, DISMISSAL BASED ON SOVEREIGN IMMUNITY**

---

1. Defendant Durden asserts with admissible documentary records that he is entitled to individual immunity to the wrongful death claim and all state law claims, that Plaintiff Linares is not credible in the assertion that she was legally married to Ismael Lopez and/or that Plaintiff Linares has no standing to sue, that no standing exists for the claims related to Ismael Lopez, that Plaintiff Autry was not properly appointed as Administrator, and/or that Administrator Autry was appointed Administrator by virtue of apparent conflicting affidavits or critical misrepresentations and/or contrary to the requirements of law thereby voiding his appointment ab initio and moves for dismissal for these reasons and other reasons articulated in the supporting brief. Neither Plaintiff has standing. All state law claims are barred by sovereign immunity as applied by and retained by the Mississippi Tort Claims Act. The persons claimed as legally related to Ismael

Page 1 of  4

Lopez in the estate proceeding seemingly were not related by law including under the laws of the

State of Mississippi or any other applicable laws. No civil rights under the Fourth or Fourteenth

Amendments of the United States Constitution are implicated by the Complaint.

2. In support of this Amended Motion, Defendant Zachary Durden relies on the following

exhibits attached hereto as well as public records, and governmental websites such as those

associated with immigration matters:

Exhibit 1      record showing criminal history of Ismael Lopez;

Exhibit 2      Certified copy of the entire court file from DeSoto County Chancery Court cause # 18-cv-505 which is the estate court matter in which Plaintiff Autry claims appointment as Administrator which is the same as previously filed at docket #17-2 and corrects a redaction issue;

Exhibit 3      Record from the municipal court of Horn Lake, Mississippi on the arrest of Ismael Rodriguez Lopez in 2013;

Exhibit 4      Record that Ismael Lopez Rodriguz father was Joel Lopez and his mother was Concepcion Rodriguez;

Exhibit 5      Record of Rodolfo Linares vital statistic that matches his birth certificate which is the same as previously filed at docket #17-5 and corrects a redaction issue.

3. In further support of this Amended Motion, Defendant Zachary Durden relies on the record as a whole including the exhibits previously filed by Defendant City of Southaven, Mississippi at docket #17 and on the exhibits attached thereto as Exhibits #17-1 through 5.This includes docket #17-1 at Southaven Motion Exhibit 1of records with supporting affidavit of custodian of records from the Mississippi Bureau of Investigations Report on the subject events

in the Complaint, docket #17-2 at Southaven Motion Exhibit 2 of certified copy of the entire court file from DeSoto County Chancery Court cause # 18-cv-505 which is the estate court matter in which Plaintiff Autry claims appointment as Administrator, docket #17-3 at Southaven Motion Exhibit 3 records with supporting affidavit of custodian of records from the Municipal Court of the City of Horn Lake, Mississippi including the arrest of Ismael Rodriguez Lopez in 2013 resulting in deportation, docket #17-4 at Southaven Motion Exhibit 4 record that the name of the father of Ismael Lopez Rodriguz is Joel Lopez and the name of his mother is Concepcion Rodriguez, docket #17-5 at Southaven Motion Exhibit 5 records with supporting affidavit of custodian of records of the City of Southaven, Mississippi on Rodolfo Linares vital statistics that match his birth certificate, and the memorandum brief filed at docket # 18.

4. Defendant Zachary Durden previously filed a Motion to Dismiss at docket #5 which Plaintiffs have not yet responded to. Defendant Zachary Durden acknowledges and agrees that the filing of this Amended Motion beginning with the date of the filing of this Amended Motion starts anew the full time period for Plaintiff's Response to the original Motion to Dismiss as it has now been refiled as the Amended Motion to Dismiss.

5. This Motion, all record exhibits, and the memorandum brief filed in support of this Amended Motion to Dismiss for lack of jurisdiction demonstrate that Defendant Zachary Durden is entitled to dismissal in whole or in part of the claims asserted in the Complaint against him.

Respectfully submitted, this the 5th day of September, 2019.

/s/ *Katherine S. Kerby*
Katherine S. Kerby, MSB # 3584
Attorney for Zachary Durden, Defendant

Of Counsel:
Kerby Law Firm
Post Office Box 551
Columbus, MS 39703
email: ksearcyk@bellsouth.net
fax: 662-328-9553
phone: 662-889-3733

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF

system which sent notification of such filing to all Counsel of record including the following:

Michael Carr, Esq.

Murray B. Wells, Esq.

Aaron A. Neglia, Esq.

SO CERTIFIED, this the 5th day of September, 2019

s/ *Katherine S. Kerby*
KATHERINE S. KERBY