354

# BOND FOR MARRIAGE LICENSE

STATE OF ARKANSAS, } ss.
County of Crittenden.

KNOW ALL MEN BY THESE PRESENTS:

That we, _____ as Principal, and _____ _____ as security, are held and firmly bound unto the State of Arkansas, for the use and benefit of the Common School Fund of Crittenden County, in the penal sum of ONE HUNDRED DOLLARS, for the payment of which well and truly to be made, we bind ourselves, our heirs, executors and administrators, firmly by these presents.

Signed this _____ day of _____ 20___.

The Condition of the above Obligation is such that whereas, the above bounden _____ has this day applied to the Clerk of the County Court of Crittenden County for a License authorizing the solemnization of the Rite of Matrimony between the said _____ and _____

NOW, If the said parties applying for said License have a lawful right to the same, and if they shall faithfully carry into effect and comply with the provisions thereof, and shall, within sixty days from the date hereof, return said License to the office of the Clerk of the County Court of said County duly executed and officially signed by some one authorized by law to solemnize the Rite of Matrimony, then this obligation shall be void, but otherwise to remain in full force and virtue.

WITNESS our signatures the day above written.

x Ismael Lopez _____, Principal.

x Claudia _____, Security.

I hereby state on oath that I am _____ years of age.   I hereby state on oath that I am _____ years of age.

Subscribed and sworn to before me this _____   Subscribed and sworn to before me this _____
day of _____ 20___.   day of _____ 20___.

STATE OF ARKANSAS, } ss.   **MARRIAGE LICENSE**
County of Crittenden.

To Any Person Authorized by Law to Solemnize Marriage—Greeting:

You are hereby commanded to solemnize the Rite and publish the Banns of Matrimony between Mr. Ismael Lopez of Memphis in the County of Shelby and State of Tenn aged 26 years, and M. Claudia Lingres of Memphis in the County of Shelby and State of Tenn aged 30 years, according to law; and do you officially sign and return this License to the parties herein named.

WITNESS my hand and official seal, this 3rd day of February, A.D. 20 03.

RUTH P. TRENT, County Clerk

By _____, Deputy Clerk.

STATE OF ARKANSAS, } ss.   **CERTIFICATE OF MARRIAGE**
County of Crittenden.

I, Vera Simonetti (JP) _____ do hereby certify that on the 3 day of February, A.D. 20 03, I did duly and according to law, as commanded in the foregoing License, solemnize the Rite and publish the Banns of Matrimony between the parties therein named.

WITNESS my hand, this 3 day of February, A.D. 20 03.

My credentials are recorded in Recorder's office _____ County, Arkansas, Book _____ Page _____.

STATE OF ARKANSAS, } ss.   **CERTIFICATE OF RECORD**
County of Crittenden.

I, RUTH P. TRENT, Clerk of the County Court of said County, certify that the above License for and Certificate of the marriage of _____ and _____ were, on the 3 day of February, A.D. 20 03 filed in my office; the same are now duly recorded on page 354 of Book B-84 of Marriage Records.

WITNESS my hand and the seal of said County, this 3 day of February, A.D. 20 03.

RUTH P. TRENT, Clerk

_____, D. C.



STATE OF ARKANSAS,
COUNTY OF CRITTENDEN
I HEREBY CERTIFY THIS TO BE A TRUE COPY AS APPEARS OF RECORD IN MY OFFICE THIS _____ 20___
BY _____