# UNITED STATES DISTRICT COURT

Northern District of Mississippi

CLAUDIA LINARES as spouse of ISMAEL LOPEZ Deceased, and Edward T. Autry, as Administrator of the ESTATE of ISMAEL LOPEZ Deceased

v.   Civil Action No. 3:19-cv-133-NBB-RP

CITY OF SOUTHAVEN, et al.

## SUMMONS IN A CIVIL ACTION

To: Chief Steve Pirtle
Southaven Police Department
8691 Northwest Dr
Southaven, MS 38671
(662) 393-8652

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wells & Associates, PLLC            Carr Law Firm, PLLC
Murray B. Wells & Aaron A. Neglia   Michael S. Carr
11 Monroe Avenue, Suite 400         301 N Sunflower Rd
Memphis, TN 38103                   Cleveland, MS 38732
Tel: 901-507-2521                   Tel: 662-441-1529
wells@thewellsfirm.com              mcarr@carrlawpllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID CREWS
CLERK OF COURT

7/22/2019                           /s/ REDDP?

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ▮▮▮▮

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Chief Steve Pirtle**
was received by me on *(date)* **10-22-19**

☒ I personally served the summons on the individual at *(place)* **1475 Yorkhaven, Horn Lake, MS 38637** on *(date)* **10-26-19**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **10-28-19**

*Server's signature*

**Jeff Koepke**
*Printed name and title*

**P.O. Box 1315, Byhalia, MS 38611**
*Server's address*

Additional information regarding attempted service, etc.