

U.S. Department of Justice

Federal Bureau of Investigation

*Office of the General Counsel*          Washington, D.C. 20535-0001

September 16, 2019

**Via Electronic Mail: ksearcyk@bellsouth.net**

Katherine S. Kerby, Esq.
Kerby Law Firm, LLC
P.O. Box 551
Columbus, MS 39703

    RE:  Claudia Linares et al. vs. City of Southaven, et al.
          In the United States District Court for the Northern District of Mississippi,
          Oxford Division
          Civil Action No.: 3:19-cv-133-NBB-RP

Dear Ms. Kerby:

    Please allow this correspondence to confirm that you represent Federal Bureau of Investigation (FBI) New Agent Trainee Samuel Maze, a former Southaven Police Officer, in the above-referenced matter. Plaintiffs purportedly served Mr. Maze with process by personally serving an FBI employee in the Office of the General Counsel. The FBI employee was not authorized to accept service on behalf of Mr. Maze as Mr. Maze was not a federal employee at the time of the conduct at issue in the Complaint.

    I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. Section 1746.

    If you have any questions or need anything else, do not hesitate to let me know.

                                          Sincerely,

                                          Cecilia O. Bessee
                                          Section Chief

                                  EXHIBIT    B