**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, OXFORD DIVISION**

**CLAUDIA LINARES as spouse of ISMAEL LOPEZ,**      **PLAINTIFFS**
**Deceased, and Edward T. Autry as Administrator of
the Estate of Ismael Lopez, Deceased**

**vs.**      **NO. 3:19cv133-NBB-RP**

**CITY OF SOUTHAVEN, STEVE PIRTLE, in his official capacity**      **DEFENDANTS**
**as Chief of Police of the Southaven Police Department, OFFICER
SAMUEL MAZE, individually and in his official capacity as a Southaven
Police Officer, OFFICER ZACHARY DURDEN, individually and in his
official capacity as a Southaven Police Officer, and JOHN DOES 1-25**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

1. The undersigned Counsel Katherine Kerby and the Kerby Law Firm, LLC entered an appearance in this cause as counsel for Defendants City of Southaven, Mississippi, Steve Pirtle, in his official capacity, Samual Maze, individually and in his official capacity, and Zachary Durden, individually and in his official capacity.

2. Katherine Kerby and the Kerby Law Firm LLC move to withdraw as Counsel for said parties based on the sudden critical family illness of Counsel's spouse.

3. The same Defendants had additional and other counsel of record file Entries of Appearance on February 4, 2022 at Docket # 86 and 87 filed by Edward Currie and Rebeccao Cowan of the Currie Johnson and Myers law firm of Flowood, MS.

4. No prejudice will occur to any othe parties if this motion is granted.

5. Katherine Kerby and the Kerby Law Firm, LLC respectfully request that this Court enter an order allowing her to withdraw as Counsel for the above listed Defendants.

    Respectfully Submitted this the 11th day of February, 2022 by the City of Southaven, Mississippi Steve Pirtle, in his official capacity, Samuel Maze, individually and in his official capacity, and Zachary

Durden,individually and in his official capacity.

By:*/s/ Katherine S. Kerby, MSB # 3584*
One of their Attorneys

OF COUNSEL:
Katherine S. Kerby, MSB# 3584
KERBY LAW FIRM, LLC
Mailing Address: Post Office Box 551
Columbus, MS 39703
Phone: (662) 889-3733
FAX # 662-328-9553
email: ksearcyk@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all Counsel of record for all parties

So Certified, this the 11th day of February, 2022.

/s/ *Katherine S. Kerby*
KATHERINE S. KERBY