IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CLAUDIA LINARES, et al.**                                                                 **PLAINTIFF**

**v.**                                                                                        **No. 3:19-CV-133-MPM-RP**

**CITY OF SOUTHAVEN, et al.**                                                           **DEFENDANT**

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY

Before the court is the motion of Plaintiff Edward T. Autry, as administrator of the estate of Ismael Lopez, to Substitute Party. Docket 163. Attached to the plaintiffs' motion is proof that Adam Bailey Peters, Esq. has been named as the administrator of Ismael Lopez's estate and that Mr. Autry has been granted leave to withdraw. Mr. Peters consents to the requested substitution, and the defendants do not oppose it. Therefore, the plaintiffs' Motion to Substitute Party is GRANTED.

"Adam Bailey Peters, Esq. as Administrator of the Estate of Ismael Lopez" is substituted as a party plaintiff in this case in the place of "Edward T. Autry as Administrator of the Estate of Ismael Lopez." Counsel of record will remain the same. The Clerk of Court is directed to change the style on the docket to reflect this substitution, and the parties are directed to observe this change in future filings.

**SO ORDERED**, this the 9th day of January, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE