# United States District Court
## Northern District of Mississippi

**CLAUDIA LINARES, et al**  **PLAINTIFFS**

v.  **CIVIL ACTION NO.: 3:19-CV-133-MPM-RP**

**SAMUEL MAZE and ZACHERY DURDEN**  **DEFENDANTS**

### Form of the Verdict – Zachery Durden

We, the jury, unanimously find the following by a preponderance of the evidence:

1. Based upon the jury instructions given to you, do you find that Plaintiff has proven, by a preponderance of the evidence, that Officer Durden violated Ismael Lopez's Fourth Amendment rights against excessive force by police officers?

    YES \_\_\_\_    NO ✓

If you answered "NO" to Question 1 your deliberations are complete as to Officer Durden and you should stop here, have your foreperson sign and date the bottom of this form. If you answered "YES" to question 1, answer question 2.

2. If you answered "YES" as to Question 1, do you find, based upon the jury instructions given to you, that Officer Durden is entitled to qualified immunity on Plaintiff's claim of excessive force?

    YES \_\_\_\_    NO \_\_\_\_

If you answered "YES" to Question Number 2, your deliberations are complete as to Officer Durden and you should have your foreperson sign and date the bottom of this form. If you answered "YES" to Question 1 and "NO" to question 2, then you must decide what damages, if any, Durden caused plaintiff in this case. In deciding this issue, you should consider the elements of damages which were set forth in the instructions given to you.

3. We the jury award damages in the amount of $_____ against Officer Durden for violating Ismael Lopez's Fourth Amendment rights against excessive force by police officers.

You have completed your deliberations. Have your Foreperson sign in the space provided and inform the court that you have completed your deliberations.

This the 14th day of September, 2023

*Jam C. Blatm*

FOREPERSON